```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY GEFFNER,

                             **Plaintiff**,                  20-CV-1171 (ALC)(SN)

      -against-                               **DISCOVERY CONFERENCE ORDER**

FOURKANE IRKI, et al.,

                             **Defendants**.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A discovery conference to discuss the issues raised by the parties in their joint status letter filed on November 4, 2020, is scheduled for Monday, November 16, 2020, at 10:30 a.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 5, 2020
                New York, New York