```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY GEFFNER,

                        **Plaintiff,**                    20-CV-1171 (ALC)(SN)

      -against-                             **ORDER**

FOURKANE IRKI, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As stated on the record during today's conference, the discovery schedule is modified as follows:

- Fact discovery will close on June 1, 2021;
- Pre-motion letters for summary judgment motions shall be filed by June 15, 2021;
- Affirmative expert disclosures shall be completed by July 5, 2021;
- Rebuttal expert disclosures shall be completed by August 16, 2021;
- Expert discovery shall close on September 27, 2021.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    April 16, 2021
                New York, New York