```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY GEFFNER,

                              Plaintiff,                              20-CV-1171 (ALC)(SN)

                     -against-                                        **ORDER**

FOURKANE IRKI, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant is ORDERED to serve a subpoena upon the following medical providers no later than April 19, 2021:

      **Englewood Healthcare Associates**
      Dr. David Hodges

      **Tri-County Orthopedics**
      Dr. Kenneth Montgomery
      Dr. Jennifer Gyi

      **Excel Orthopedic Rehabilitation**

      Englewood Healthcare Associates, Tri-County Orthopedics, and Excel Orthopedic Rehabilitation are directed to comply with Defendant's subpoena **within seven (7) days**.

      Defendant shall file a status letter by April 30, 2021, regarding the medical providers' compliance with the subpoenas. If any medical provider fails to comply with the subpoena, Defendant should file a motion to compel compliance by April 30, 2021.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     April 16, 2021
                 New York, New York