USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _June 15, 2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
JEFFREY GEFFNER,

                    **Plaintiff,**

          -against-

FOURKANE IRKI,

                    **Defendant.**
------------------------------------------------------------- x

20-CV-1171 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff filed a pre-motion letter in anticipation of a motion for summary judgment on June 14, 2021. (ECF No. 30.) The Court sets the following briefing schedule. Plaintiff shall file his motion for summary judgment by July 20, 2021. Defendant shall oppose the motion by August 24, 2021, and Plaintiff shall reply by August 31, 2021.

**SO ORDERED.**

**Dated**:  June 15, 2021
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**