UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JEFFREY GEFFNER,

                       Plaintiff,

       -against-

FOURKANE IRKI,

                       Defendant.
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 29, 2022

**20-cv-1171 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiff's motion to substitute, dated July 28, 2022. ECF No. 42. No later than August 2, 2022, Defendant shall inform the Court whether he opposes or consents to the motion.

**SO ORDERED.**

**Dated:**    July 29, 2022
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**