UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
**JEFFREY GEFFNER,**

                          **Plaintiff,**

          -against-

**FOURKANE IRKI,**

                         **Defendant.**
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 3, 2022

20-cv-1171 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant's letter regarding his opposition to Plaintiff's motion to substitute and Plaintiff's letter in reply. ECF Nos. 44–45. Defendant shall file his opposition brief by August 31, 2022. Plaintiff shall file his reply by September 14, 2022.

       In light of the motion to substitute, the Court denies the pending summary judgment without prejudice and with leave to renew after the Court's decision on the motion to substitute. The Clerk of Court is respectfully requested to terminate the letter motion at ECF No. 33.

**SO ORDERED.**

**Dated:**   **August 3, 2022**
              **New York, New York**

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**