UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEPHEN GEFFNER,** *as administrator of the estate of Jeffrey Geffner*,<br><br>      **Plaintiff,**<br><br>  -against-<br><br>**FOURKANE IRKI, et al.,**<br><br>      **Defendants.** | **20-CV-1171 (ALC)(SN)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' requests for the Court to set a briefing schedule for Plaintiff's anticipated motion for summary judgment at ECF Nos. 57 and 58. Plaintiff shall file his motion by December 19, 2022. Defendants' opposition shall be filed by January 16, 2023. Plaintiff's reply shall be filed by January 23, 2023.

**SO ORDERED.**

**Dated: December 12, 2022**
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**