UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**STEPHEN GEFFNER,** *as Administrator of the Estate of Jeffrey Geffner,*

                  **Plaintiff,**

    -against-

**FOURKANE IRKI, et al.,**

                  **Defendants.**

------------------------------------------------------------------X

20-CV-01171 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the Court's decision denying Plaintiff's motion for summary judgment, the parties are ORDERED to meet and confer on whether a settlement conference would be productive. If so, the parties should immediately contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 6, 2023
               New York, New York