**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED:___  4/21/2023            │
└─────────────────────────────────────┘
```

**STEPHEN GEFFNER,** *as Administrator of the*
*Estate of Jeffrey Geffner*

                                     **Plaintiff,**                    **20-CV-01171 (ALC)(SN)**

            -against-                                      <u>**SETTLEMENT CONFERENCE**</u>
                                                                              <u>**ORDER**</u>
**FOURKANE IRKI, et al.,**

                                     **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A settlement conference is scheduled for Wednesday, June 28, 2023, at 2:00 p.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts,gov, by

Wednesday, June 21, 2023.  Should the parties resolve the litigation before the conference date,

they must notify the Court in writing immediately.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:        April 21, 2023
              New York, New York