UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY GEFFNER,

                        **Plaintiff,**                  20-CV-01171 (ALC)(SN)

      -against-                                  **ORDER**

FOURKANE IRKI,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On Thursday, June 22, 2023, the parties informed the Court that they have reached a settlement in this matter. Accordingly, the settlement conference scheduled for Wednesday, June 28, 2023, is ADJOURNED and the parties shall file a letter informing the Court about the status of settlement no later than July 10, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     June 26, 2023
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2023